THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WESLEY GRIGSBY, ) | CIVIL NO. 2:08-0770 JMS |
| ) | |
| Plaintiff, ) | ORDER DISMISSING ACTION |
| ) | WITHOUT PREJUDICE |
| vs. ) | |
| ) | |
| SUSAN HUBERT, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

## **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

On February 18, 2009, the court dismissed Plaintiff Jonathan Wesley Grigsby's ("Plaintiff") Amended Complaint for failure to state a claim and failure to comply with Federal Rule of Civil Procedure 8 (the "February 18 Order"). The February 18 Order further granted Plaintiff 30 days from the date of the Order to file a second amended complaint. On March 13, 2009, Plaintiff filed a motion requesting that the court reconsider its February 18 Order and seeking an extension of time to file a second amended complaint. On March 16, 2009, the court denied Plaintiff's motion for reconsideration and granted Plaintiff until April 20, 2009 to file a second amended complaint.

Plaintiff has not filed a second amended complaint. Accordingly, the court DISMISSES this action without prejudice. This dismissal counts as a

"strike" under 28 U.S.C. § 1915(g). The court further ORDERS the Clerk of Court to close this action.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 12, 2009.



    /s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Grigsby v. Hubert et al.*, Civ. No. 2:08-00770 JMS, Order Dismissing Action Without Prejudice